IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 16-cv-00173-JPG-DGW |
| | ) |
| WEXFORD HEALTH SOURCES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 45) of Magistrate Judge Donald Wilkerson with regard to Defendants Wexford Health Sources and Dr. J. Coe's (Doc. 33) for Summary Judgment. There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 45) and **GRANTS** in part and **DENIES** in part Defendants Wexford Health Sources and Dr. J. Coe's (Doc. 33) for Summary Judgment.

Defendant Coe is **DIMISSED** without prejudice.  Count Two against Defendant Wexford shall proceed.

**IT IS SO ORDERED.**

**DATED:**   3/17/2017

<em>s/J. Phil Gilbert</em><br>
**J. PHIL GILBERT**<br>
**DISTRICT JUDGE**