# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK MEYER,<br><br>    Plaintiff,<br><br>    v.<br><br>WEXFORD HEALTH SOURCES,<br><br>    Defendant. | Case No. 3:16-cv-00173-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: October 30, 2018

                                          **MARGARET M. ROBERTIE,**
                                          Clerk of Court

                                          BY:   s/Tina Gray
                                                             Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**